AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

ATMOS NATION, LLC,
a Nevada Limited Liability
Company, and ATMOS
TECHNOLOGY, LLC,
a Florida Limited Liability

*Plaintiff(s)*

v.

WINSTON TRADING CORP,
a Florida Corporation, and
DAVID BURSTYN, an
individual

*Defendant(s)*

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* WINSTON TRADING CORP
Registered Agent: DAVID BURSTYN
2627 NE 203rd Street
Suite 100A
Aventura Florida 33180.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GLEN SHRAYER, ESQ.
Shrayer Law Firm, LLC.
101 Northeast 3rd Avenue, Ste # 1500
Fort Lauderdale, FL 33301

DIVYA KHULLAR, ESQ.
Khullar, P.A.
4786 W Commercial Blvd
4786 W Commercial Blvd

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*