# EXHIBIT A

US00D695450S

(12) **United States Design Patent**
**Benassayag et al.**

(10) **Patent No.: US D695,450 S**
(45) **Date of Patent: ** Dec. 10, 2013**

(54) **PORTABLE PEN SIZED HERB VAPORIZER**

(71) Applicant: **Atmos Technology, LLC**, Davie, FL (US)

(72) Inventors: **Charly Benassayag**, Miami, FL (US); **Yariv Alima**, Plantation, FL (US)

(73) Assignee: **Atmos Technology, LLC**, Davie, FL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/439,800**

(22) Filed: **Dec. 14, 2012**

(51) **LOC (9) Cl.** ........................................ **27-02**

(52) **U.S. Cl.**
USPC .................... **D27/163**; D27/101; D24/110.5

(58) **Field of Classification Search**
USPC .............. D24/110, 110.5; D19/51; D23/360; D27/163, 164; 131/329; 261/DIG. 65; 392/386, 398, 400, 404; 128/200.21, 128/202.21
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS



| | | | | | |
|---|---|---|---|---|---|
| D330,079 | S | * | 10/1992 | Dalling et al. | D24/112 |
| D353,397 | S | * | 12/1994 | Banik | D19/66 |
| D420,046 | S | * | 2/2000 | Meyer et al. | D19/47 |
| 6,532,965 | B1 | * | 3/2003 | Abhulimen et al. | 131/194 |
| D583,095 | S | * | 12/2008 | Plank | D27/101 |
| D644,375 | S | * | 8/2011 | Zhou | D27/101 |
| 7,997,280 | B2 | * | 8/2011 | Rosenthal | 131/191 |
| D653,803 | S | * | 2/2012 | Timmermans | D27/163 |
| 2006/0272659 | A1 | * | 12/2006 | Kobal et al. | 131/187 |
| 2012/0260926 | A1 | * | 10/2012 | Tu et al. | 131/329 |

* cited by examiner

*Primary Examiner* — Ian Simmons
*Assistant Examiner* — Richelle G Shelton
(74) *Attorney, Agent, or Firm* — Sinorica, LLC

(57) **CLAIM**

The ornamental design for a portable pen sized herb vaporizer, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the portable pen sized herb vaporizer;
FIG. **2** is a front elevational view thereof;
FIG. **3** is a rear elevational view thereof;
FIG. **4** is a right-side elevational view thereof;
FIG. **5** is a left-side elevational view thereof;
FIG. **6** is a bottom plan view thereof; and,
FIG. **7** is a top plan view thereof.
The broken line showing in FIG. **1** and FIG. **7** is included for the purpose of showing environmental structure and forms no part of the claimed design.

**1 Claim, 7 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7