**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-62542-CIV-DIMITROULEAS/SNOW**

ATMOS NATION, LLC, a Nevada
Limited Liability Company, and
ATMOS TECHNOLOGY, LLC, a
Florida Limited Liability Company,

Plaintiffs,

vs.

WINSTON TRADING CORP, a Florida
Corporation, and DAVID BURSTYN, an
Individual, and DC 1 OF CORAL GABLES,
LLC,

Defendants.
_______________________________________/

**ORDER GRANTING EXTENSION OF TIME**

THIS CAUSE is before the Court upon Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Amended Verified Complaint [DE 18] (the "Motion"), filed herein on December 19, 2014. The Court has carefully considered the Motion [DE 18], notes that it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 18] is hereby **GRANTED**; and
2. Defendants shall serve their response to the Plaintiffs' Amended Verified Complaint on or before January 12, 2015.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of December 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record