**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-62542-CIV-DIMITROULEAS/SNOW**

ATMOS NATION, LLC, a Nevada Limited Liability Company, and ATMOS TECHNOLOGY, LLC, a Florida Limited Liability Company,

Plaintiffs,

vs.

WINSTON TRADING CORP, a Florida Corporation, and DAVID BURSTYN, an Individual, and DC 1 OF CORAL GABLES, LLC,

Defendants.
_____________________________________/

**ORDER GRANTING EXTENSION OF TIME**

THIS CAUSE is before the Court upon Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Amended Verified Complaint [DE 24] (the "Motion"), filed herein on January 26, 2015. The Court has carefully considered the Motion [DE 24], notes that it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 24] is hereby **GRANTED**; and
2. Defendants shall serve their response to the Plaintiffs' Amended Verified Complaint on or before February 2, 2015.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of January 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record