**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Lauderdale Division)**

ATMOS NATION, LLC,
a Nevada Limited Liability
Company, and ATMOS
TECHNOLOGY, LLC,
a Florida Limited Liability
Company

Case No. 0:14-cv-62542-WPD
Judge William P. Dimitrouleas

Plaintiffs,

vs.

WINSTON TRADING CORP,
a Florida Corporation, et al.

Defendants
_______________________/

**NOTICE OF VOLUNTARY DISSMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs Atmos Nation, LLC & Atmos Technology, LLC ("Plaintiffs"), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants WINSTON TRADING CORP, DC 1 OF CORAL GABLES, and DAVID BURSTYN (Hereinafter "Defendants").

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides, in relevant part:

**(a) Voluntary Dismissal.**

**(1)** ***By the Plaintiff.***

**(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

**(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

The Defendants have neither answered Plaintiffs' Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 18, 2015, the ***Plaintiffs' Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)*** was served via the Court's CM/ECF electronic filing system.

**Respectfully submitted,**

Shrayer Law Firm, LLC.
101 Northeast 3rd Avenue
Suite # 1500
Fort Lauderdale, FL 33301
Tel. (954) 601-3732
Email: glen@shrayerlaw.com

**/s/Glen H. Shrayer**

Glen H. Shrayer, Esq.
Fl Bar No. 57253

**Respectfully submitted,**

Khullar, P.A. / USAPatents.com
DKhullar@usapatents.com
4786 W Commercial Blvd
Tamarac, Florida 33319, USA

**/s/Divya Khullar**

Divya Khullar, Esq.
Fl Bar No. 101116