**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-62542-CIV-DIMITROULEAS/SNOW**

ATMOS NATION, LLC, a Nevada
Limited Liability Company, and
ATMOS TECHNOLOGY, LLC, a
Florida Limited Liability Company,

Plaintiffs,

vs.

WINSTON TRADING CORP, a Florida
Corporation, and DAVID BURSTYN, an
Individual, and DC 1 OF CORAL GABLES,
LLC,

Defendants.
_______________________________________/

**ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon Plaintiffs' Notice of Voluntary Dismissal, Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(i) (the "Notice") [DE 31], filed herein on February 18, 2015. The Court has carefully considered the Notice [DE 31] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 31] is **APPROVED**;
2. Defendants Winston Trading Corp, DC 1 of Coral Gables and David Burstyn are hereby **DISMISSED WITHOUT PREJUDICE**.
3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of February 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record