**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-62542-CIV-DIMITROULEAS/SNOW**

ATMOS NATION, LLC, a Nevada
Limited Liability Company, and
ATMOS TECHNOLOGY, LLC, a
Florida Limited Liability Company

Plaintiffs,

v.

WINSTON TRADING CORP, a Florida
Corporation, and DAVID BURSTYN, an
Individual, and DC 1 OF CORAL GABLES,
LLC

Defendants.
_______________________________________/

**AMENDED ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the Plaintiffs' Notice of Voluntary Dismissal With Prejudice (the "Notice") (DE 33), filed herein on March 31, 2015. The Court has carefully considered the Notice (DE 33) and the record, and is otherwise fully advised in the premises.

On February 18, 2015, Plaintiffs filed a Notice of Voluntary Dismissal *Without* Prejudice. (DE 31.) Thereupon, the Court approved the notice, dismissed Defendants without prejudice, and closed the case. (DE 32.) Subsequently, Plaintiffs filed the instant Notice, seeing dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. A review of the docket indicates Defendants have not served an answer or a motion for summary judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice (DE 33) is **APPROVED**;
2. The Court's Order (DE 32) is **VACATED** to the extent that the dismissal of this action was without prejudice;
3. This action is hereby **DISMISSED with prejudice**; and
4. The case remains **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of April 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record